# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2489

_____

ROBERT W. KRAMER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

August 1, 2019

PER CURIAM.

DENIED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert David Malove of the Law Office of Robert David Malove, P.A., Fort Lauderdale, for Peitioner.

Ashley Moody, Attorney General, and Heather Ross, Assistant Attorney General, Tallahassee, for Respondent.